# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Isgur, Marvin P. | Southern District of Texas | 04/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

515 Rusk Street
Houston, Texas 77002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Director | Houston Urban Debate League, a non-profit entity |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 03/01/2016-03/02/2016 | Edinburg Texas | Speak and attend CLE | Travel, food and lodging |
| 2. | American College of Bankruptcy | 04/01/2016-04/02/2016 | Austin,TX | Speak and attend CLE | Travel, food and lodging |
| 3. | State Bar of Texas | 06/23/2016-06/24/2016 | Austin, TX | Speak and attend CLE | Travel, food and lodging |
| 4. | University of Texas CLE | 07/13/2016-07/15/2016 | Galveston, TX | Speak and attend CLE | Travel, food and lodging |
| 5. | Southeatern Bankruptcy Association | 07/21/2016-07/23/2016 | Amelia Island, FL | Speak and attend CLE | Travel, food and lodging |
| 6. | State Bar of Texas | 09/09/2016 | Austin, Texas | Speak and attend CLE | Travel and food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Isgur, Marvin P. | 04/06/2017 |

| 7. | State Bar of Texas | 10/21/2016 | McAllen, Texas | Speak and attend CLE | Travel and food |
| 8. | University of Texas CLE | 11/16/2016-11/18/2016 | Austin, Texas | Speak and attend CLE | Travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market | A | Dividend | M | T | Buy (add'l) | 01/19/16 | J | | |
| 2. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 3. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 4. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 5. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 7. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 8. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 9. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 10. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 11. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 12. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 13. Vanguard 500 Index Fund #1 | A | Dividend | P1 | T | Buy (add'l) | 03/18/16 | J | | |
| 14. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 15. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 16. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 17. Vangaurd Index Fund #2 | E | Dividend | P1 | T | Buy (add'l) | 03/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 19. | | | | | Sold (part) | 07/12/16 | O | | |
| 20. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 21. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 22. Vanguard Index Fund #3 | E | Dividend | P1 | T | Buy (add'l) | 01/04/16 | J | | |
| 23. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 24. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 25. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 26. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 27. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 28. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 29. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 30. | | | | | Buy (add'l) | 06/20/16 | J | | |
| 31. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 32. | | | | | Sold (part) | 07/12/16 | O | | |
| 33. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 34. | | | | | Buy (add'l) | 08/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 36. | | | | | Buy (add'l) | 09/12/16 | N | | |
| 37. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 38. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 39. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 40. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 41. Vanguard Prime Money Market | D | Dividend | O | T | Buy (add'l) | 01/29/16 | J | | |
| 42. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 43. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 44. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 45. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 46. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 47. | | | | | Buy (add'l) | 07/12/16 | O | | |
| 48. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 49. | | | | | Sold (part) | 08/31/16 | J | | |
| 50. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 51. | | | | | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 53. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 54.   Vanguard Prime Money Market | D | Dividend | N | T | Buy (add'l) | 01/13/16 | J | | |
| 55. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 56. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 57. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 58. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 59. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 60. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 61. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 62. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 63. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 64. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 65. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 66. | | | | | Buy (add'l) | 07/12/16 | O | | |
| 67. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 68. | | | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 70. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 71. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 73. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 74. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 75. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 76. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 77. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 78. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 79. Bank of America Money Market (old account) | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 80. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 81. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 82. | | | | | Sold (part) | 01/21/16 | J | | |
| 83. | | | | | Sold (part) | 01/26/16 | J | | |
| 84. | | | | | Sold (part) | 02/10/16 | J | | |
| 85. | | | | | Sold | 02/10/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Bank of America Money Market (new account) | A | Dividend | L | T | Buy | 02/10/16 | L | | |
| 87. | | | | | | Buy (add'l) | 02/10/16 | J | | |
| 88. | | | | | | Buy (add'l) | 02/16/16 | J | | |
| 89. | | | | | | Buy (add'l) | 03/02/16 | J | | |
| 90. | | | | | | Sold (part) | 02/19/16 | J | | |
| 91. | | | | | | Buy (add'l) | 02/26/16 | J | | |
| 92. | | | | | | Buy (add'l) | 03/11/16 | J | | |
| 93. | | | | | | Sold (part) | 03/16/16 | J | | |
| 94. | | | | | | Buy (add'l) | 03/17/16 | J | | |
| 95. | | | | | | Sold (part) | 03/21/16 | J | | |
| 96. | | | | | | Sold (part) | 03/22/16 | J | | |
| 97. | | | | | | Sold (part) | 03/24/16 | J | | |
| 98. | | | | | | Buy (add'l) | 03/30/16 | J | | |
| 99. | | | | | | Buy (add'l) | 04/15/16 | J | | |
| 100. | | | | | | Buy (add'l) | 04/24/16 | J | | |
| 101. | | | | | | Sold (part) | 04/21/16 | J | | |
| 102. | | | | | | Sold (part) | 04/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 104. | | | | | Sold (part) | 05/05/16 | J | | |
| 105. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 106. | | | | | Sold (part) | 05/11/16 | J | | |
| 107. | | | | | Sold (part) | 05/20/16 | J | | |
| 108. | | | | | Sold (part) | 05/23/16 | J | | |
| 109. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 110. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 111. | | | | | Sold (part) | 06/09/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 113. | | | | | Sold (part) | 06/20/16 | J | | |
| 114. | | | | | Sold (part) | 07/06/16 | J | | |
| 115. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 116. | | | | | Sold (part) | 07/20/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 118. | | | | | Sold (part) | 08/05/16 | J | | |
| 119. | | | | | Buy (add'l) | 08/05/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 121. | | | | | Sold (part) | 08/22/16 | J | | |
| 122. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 123. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 124. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 125. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 126. | | | | | Sold (part) | 09/19/16 | J | | |
| 127. | | | | | Sold (part) | 09/20/16 | J | | |
| 128. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 129. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 130. | | | | | Sold (part) | 10/20/16 | J | | |
| 131. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 132. | | | | | Sold (part) | 11/10/16 | J | | |
| 133. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 134. | | | | | Sold (part) | 11/21/16 | J | | |
| 135. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 136. | | | | | Sold (part) | 12/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 138. | | | | | Sold (part) | 12/20/16 | J | | |
| 139. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 140. Bank of America Checking | A | Interest | K | T | | | | | |
| 141. Baxalta Inc. | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 142. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 143. | | | | | Sold | 06/03/16 | J | | |
| 144. Baxter International | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 145. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 146. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 147. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 148. Becton Dickinson | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 149. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 150. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 151. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 152. Boeing Co | A | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 153. | | | | | Buy (add'l) | 06/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 155. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 156. Cardinal Health | A | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 157. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 158. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 159. | | | | | Buy (add'l) | 10/15/16 | J | | |
| 160. Entergy Corp | C | Dividend | L | T | Buy (add'l) | 03/01/16 | J | | |
| 161. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 162. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 163. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 164. Frontier Communications | A | Distribution | J | T | Buy (add'l) | 03/31/16 | J | | |
| 165. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 166. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 167. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 168. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 03/09/16 | J | | |
| 169. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 170. | | | | | Buy (add'l) | 09/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 172. Sempra Energy | B | Dividend | L | T | Buy (add'l) | 01/15/16 | J | | |
| 173. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 174. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 175. | | | | | Buy (add'l) | 10/15/16 | J | | |
| 176. Shire PLC ADR | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 177. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 178. Southern Co | B | Dividend | K | T | Buy (add'l) | 03/07/16 | J | | |
| 179. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 180. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 181. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 182. Verizon Communications | B | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 183. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 184. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 185. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 186. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isgur, Marvin P. | 04/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Marvin P. Isgur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544